128 A.3d 1199

**Sarah E. SMITH, Petitioner**

**v.**

**"Judge" Joy Reynolds McCOY, Respondent.**

**No. 171 MM 2015.**

Supreme Court of Pennsylvania.

Dec. 21, 2015.

### *ORDER*

PER CURIAM.

**AND NOW,** this 21st day of December, 2015, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of *Quo Warranto* and the Application for Appointment of Counsel are **DENIED.** The Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.